# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 20, 2023

## NO. 03-23-00337-CV

**Inteleos Corporation, Joan Baker, and Tricia Turner, Appellants**

**v.**

**Ultrasafe Ultrasound Diagnostic Services, LLC and Joanna Hall, Appellees**

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, TRIANA, AND SMITH
DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE SMITH**

This is an appeal from the orders signed by the trial court on February 22, 2023 and March 8, 2023. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.